**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Detroit)**

In re:                                                    Chapter 13 No. 19-48855-tjt

Ariana C Krystoff

              Debtor.                          Hon. Thomas J. Tucker

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

NOW COMES Specialized Loan Servicing, LLC, by and through its attorneys, Trott

Law, P.C., and shows unto this Honorable Court as follows:

1.  That Movant is a holder of a mortgage on property owned by the Debtor(s) and

located at 6340 Appoline St, Dearborn, MI 48126-2381 (see attached copy of loan

document(s));

2.  To Movant's knowledge and belief the subject property is not utilized as the

debtor's principal residence;

3.  That the Debtor(s) filed Chapter 13 Bankruptcy on June 13, 2019;

4.  That an order confirming plan has not yet been entered;

5.  That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the

court shall grant relief from stay for cause, including lack of adequate protection of such

party in interest;

6.  That pursuant to the terms of the Chapter 13 Plan as proposed, the Debtors are

required to remit monthly payments directly to Movant currently in the amount of

$551.56;

7.  That Trott Law, P.C. has been informed by Movant that, the Debtor(s) has failed

to remit the required payments;

8.  That Movant is not adequately protected as the direct payments are not being

remitted and the loan is currently three (3) months in default, due and owing for July 1,

2019;

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

9.  That the Debtor(s) has failed to comply with the terms of the Chapter 13 Plan as proposed;

10. That the approximate market value of the subject property is $105,800.00, according to Schedules A/B & D;

11. That as of September 23, 2019, the total debt owing to Movant was approximately $47,788.13, which includes Movant's attorney fees and costs for filing this motion;

12. That no other party has an interest in the subject property to the knowledge and belief of Movant;

13. That no other creditor will receive any benefit from the sale of the subject property;

14. Movant requests termination of the automatic stay of 11 U.S.C. § 362(a) to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property.

15. That in the event the automatic stay is terminated to allow Creditor to commence or continue its federal and/or state law rights as to the property, and Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period.  A Chapter 7 Trustee may have the same rights and defenses as the Debtor(s) should Creditor seek to shorten the redemption period.

16. Specialized Loan Servicing, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note.

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

17. That pursuant to Local Bankruptcy Rule 9014-1(b)(1), attached is a copy of the proposed ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) labeled as Exhibit "1";

18. That in the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, presentment of said order shall be waived;

19. Concurrence from debtor's attorney was sought by Movant's attorney's office on September 26, 2019 and concurrence was not able to be obtained from all parties.

WHEREFORE, Movant respectfully requests that the Court enter an ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3) for good cause shown pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2), and that the Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3); and whatever other relief the Court deems just and equitable.

Respectfully Submitted,
Trott Law, P.C.

Dated: October 2, 2019

/s/ Shawn C Drummond

_____
Crystal L. Price (P69921)
Shawn C. Drummond (P58471)
Athena Aitas (P61824)
Attorney for Specialized Loan
Servicing, LLC
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Trott #492751B02

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (Detroit)**

In re:                                                                    Chapter 13 No. 19-48855-tjt
Ariana C Krystoff
                              Debtor.                        Hon. Thomas J. Tucker
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION
OF FRBP 4001(a)(3)**

Movant, Specialized Loan Servicing, LLC, by and through its attorneys, Trott Law, P.C., having

filed a Motion For Relief From The Automatic Stay with respect to the property located at 6340 Appoline St,

Dearborn, MI 48126-2381; and the Court being in receipt of the Motion, and the Court being fully advised in

the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect

to the property located at 6340 Appoline St, Dearborn, MI 48126-2381 to allow Creditor to commence or

continue its federal and/or state law rights to the property.   In the event Creditor deems the property is

physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor

may also seek to shorten the Michigan post foreclosure statutory redemption period.   A Chapter 7 Trustee

may have the same rights and defenses as Debtor(s) should Creditor seek to shorten the redemption period.

This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP

4001(a)(3).   This Order shall be binding and effective despite any conversion of this bankruptcy case to a

case under any other chapter of Title 11 of the United States Bankruptcy Code.